United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ AQUINO,<br><br>            Plaintiff,<br><br>     v.<br><br>CALIFORNIA RECONVEYANCE COMPANY,<br><br>            Defendant. | Case No. 14-cv-01818-JSC<br><br>**ORDER 1) DENYING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT, AND 2) DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 15 & 17 |

Now pending before the Court are Defendant California Reconveyance Company's 1) motion to remove incorrectly filed document, and 2) administrative motion to consider whether cases should be related. Defendant seeks to remove from the docket its previously filed motion to relate case (Dkt. No. 8) as well as its request for judicial notice in support of its motion to dismiss (Dkt. No. 12). Defendant asserts that the documents need to be removed because the attached exhibits were improperly formatted and one exhibit was filed in error. Defendant's request to remove these documents is unnecessary and is therefore DENIED. Defendant has refiled corrected versions of both documents; the Court will thus consider those corrected versions, rather than the earlier-filed versions.

The motion to relate cases is also denied because it is procedurally improper. Defendant's motion requests that the Court consider whether this case (Case No. 14-1818) is related to Case No. 12-5548-WHO. Such a motion, however, is to be filed "in the earliest-filed case." N.D. Cal. Civ. L.R. 3-12(b). Because this case is not the earliest-filed case, the motion is DENIED without prejudice. Defendant must file its motion in Case No. 12-5548.

//

1 **IT IS SO ORDERED.**

2 Dated: July 28, 2014

3 _____
JACQUELINE SCOTT CORLEY
4 United States Magistrate Judge